**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Scott Stephen McCormick
Organ & Associates
909 Poydras St, #3000
New Orleans LA 70112

Coleman T. Organ
Organ & Associates
909 Poydras St., #3000
New Orleans LA 70112

> Judgment on rehearing rendered and mailed to all parties or counsel of record on April 13, 2022

**REHEARING ACTION: April 13, 2022**

**Docket Number: 21    00632-CA**

**CARISSA M. HARRISON, ET AL.**
**VERSUS**
**LOUISIANA GYMNASTICS CLUB, LLC, ET AL.**

**Appealed from Lafayette Parish Case No. 20181381**

**BEFORE JUDGES:**

**Hon. John E. Conery**
**Hon. Jonathan W. Perry**
**Hon. J. Larry Vidrine**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Louisiana Gymnastics Club, LLC** and **New Hampshire**

**Insurance Company** has this day been

> **DENIED.**

cc: Parker Mitchell, Counsel for the Appellee